# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LVGV, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL CASH SYSTEMS, INC.,<br><br>　　　　Defendant. | Case No.: SACV 17-00012-CJC(DFMx)<br><br>**AMENDED DEFAULT JUDGMENT** |

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff LVGV, LLC, and against Defendant National Cash Systems, Inc., in accordance with the terms of the Court's Order granting Plaintiff's motion for default judgment. The Court AWARDS Plaintiff LVGV $368,025.66.

DATED: May 2, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

-1-